1  KEVIN V. RYAN, SBN 118321
United States Attorney
2  JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
3  Chief, Civil Division
SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
7
Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 OAKLAND DIVISION

12  MICHAEL J. BURGESS,                    )
                                          )
13          Plaintiff,                     )      CIVIL NO.   05-04096 WDB
                                          )
14          v.                            )      STIPULATION AND ORDER OF REMAND
                                          )
15  JO ANNE B. BARNHART,                   )
Commissioner of Social Security,          )
16                                         )
            Defendant.                     )
17  _____)

18        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19  approval of the Court, that the decision of the previous Administrative Law Judge (ALJ) is vacated

20  and this action is remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C.

21  Section 405(g) for further administrative proceedings.

22        Upon remand, ALJ will be directed to obtain Plaintiff's actual medical records, obtain

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

2   updated medical records, and offer Plaintiff the opportunity for a new hearing and issue a new

3   decision.

4

5

6

7   Dated:  January 13, 2006                        /s/
                                        ANTHONY T. WOODS
8                                       Attorney for Plaintiff

9
                                        KEVIN V. RYAN
10                                      United States Attorney

11

12

13

14  Dated:  January 19, 2006              By:      /s/
                                        SARA WINSLOW
15                                      Assistant United States Attorney

16  PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded,

17  pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

18

19

20

21

22  Dated: 1/20/06                               /s/ Wayne D. Brazil
                                        WAYNE D. BRAZIL
23                                      United States Magistrate Judge

24

25

26

27

28